1  John M. DiCaro, Bar #017990
   William G. Caravetta, III, Bar #013491
2  JONES, SKELTON & HOCHULI, P.L.C.
   40 North Central Avenue, Suite 2700
3  Phoenix, Arizona  85004
   Telephone:  (602) 263-1700
4  Fax:  (602) 200-7828
   jdicaro@jshfirm.com
5  wcaravetta@jshfirm.com

6  Attorneys for Defendants Nationwide
   Insurance Company of America and
7  Scottsdale Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Media Print, Inc., an Arizona corporation, | NO. TBD |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Nationwide Insurance Company of America, an Ohio corporation; Scottsdale Insurance Company (a Nationwide subsidiary), an Ohio corporation; and Black and White Corporations I-X, | |
| Defendants. | |

Defendants, Nationwide Insurance Company of America and Scottsdale Insurance Company (hereinafter "Defendants"), by and through undersigned counsel, file this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1. On or about March 12, 2018, Plaintiff filed its Complaint against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa, under the caption "*Media Print, Inc.  v. Nationwide Insurance Company of America, et al.*"  A copy of the initial pleadings are attached hereto as Exhibit A.

6596618.1

1  Defendant Scottsdale Insurance Company was served with the Summons and Complaint
2  on March 16, 2018.

3      2.    Defendant Nationwide Insurance Company of America is a foreign
4  corporation with its principal place of business in Ohio.  According to the Complaint,
5  Plaintiff is domiciled in Maricopa County, Arizona.

6      3.    Defendant Scottsdale Insurance Company is a foreign corporation
7  with its principal place of business in Ohio.  According to the Complaint, Plaintiff is
8  domiciled in Maricopa County, Arizona.

9      4.    Upon information and belief, this Court has original jurisdiction over
10 the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the
11 sum or value of $75,000 exclusive of interest and costs, and the action is between citizens
12 of different states.  As such, this action may be removed to this Court pursuant to the
13 provision of 28 U.S.C. § 1441, *et seq.*

14     5.    This Notice of Removal is filed within thirty (30) days after service
15 of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

16     6.    Written notice of the filing of this Notice of Removal will be given to
17 all adverse parties as required by law and a true and correct copy of this Notice will be
18 filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of
19 Maricopa.

20     7.    A Notice of Filing Notice of Removal was filed with the Maricopa
21 County Superior Court and a copy of the same is attached hereto as Exhibit B.

22     WHEREFORE, Defendants respectfully requests that this action be
23 removed to this Court.

DATED this 29th day of March, 2018.

                JONES, SKELTON & HOCHULI, P.L.C.

By /s/William G. Caravetta, III
John M. DiCaro
William G. Caravetta, III
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Nationwide Insurance Company of America and Scottsdale Insurance Company

### Certificate of Service

I hereby certify that on the date stated above, a copy of the foregoing has been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system and United States Mail.

Richard C. Gramlich, Esq.
Tiffany & Bosco, P.A.
2525 E. Camelback Road, 7th Floor
Phoenix, AZ  85016-4237
Attorneys for Plaintiff

/s/Michelle L. Lucas