John M. DiCaro, Bar #017990
William G. Caravetta, III, Bar #013491
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7828
jdicaro@jshfirm.com
wcaravetta@jshfirm.com

Attorneys for Defendants Nationwide
Insurance Company of America and
Scottsdale Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Media Print, Inc., an Arizona corporation,<br><br>                                        Plaintiff,<br><br>        v.<br><br>Nationwide Insurance Company of America, an Ohio corporation; Scottsdale Insurance Company (a Nationwide subsidiary), an Ohio corporation; and Black and White Corporations I-X,<br><br>                                        Defendants. | NO. 2:18-cv-00982-SRB<br><br>**NOTICE OF SETTLEMENT** |

        Defendants Nationwide Insurance Company of America and Scottsdale Insurance Company, through undersigned counsel, hereby notify the Court, pursuant to Arizona Rule of Civil Procedure 5.3(d), that the parties have reached a settlement in the above-captioned matter.   The parties will be filing a Stipulation to Dismiss and corresponding Order in the near future.

8065929.1

DATED this 4th day of December, 2019.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/William G. Caravetta, III
John M. DiCaro
William G. Caravetta, III
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants Nationwide
Insurance Company of America and
Scottsdale Insurance Company


Certificate of Service

I hereby certify that on the date stated above, a copy of the foregoing has

been transmitted electronically to the CM-ECF filing system for filing and transmittal

along with copies transmitted to the following parties via the CM-ECF system.

Richard C. Gramlich, Esq.
Tiffany & Bosco, P.A.
2525 E. Camelback Road, 7th Floor
Phoenix, AZ  85016-4237
Attorneys for Plaintiff

/s/Michelle L. Lucas